**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TOMAS GARIN | § | |
| *Plaintiff(s)* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-3294 |
| | § | |
| AETNA HEALTH AND LIFE | § | |
| INSURANCE COMPANY | § | |
| *Defendant(s)* | § | |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of this date, the Court granted Defendant Aetna Life Insurance Company's ("Aetna") motion for summary judgment (Doc. 21) in all respects. Accordingly, the Court hereby enters final judgment in favor of Aetna. Plaintiff Tomas Garin is to bear all costs of action.

**SIGNED** at Houston, Texas, this 1st day of August, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE